| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:10-CR-29 |
| | § | |
| ALFREDO GARCIA-ALEMAN and | § | |
| MIGUEL BENITEZ-RODRIGUEZ | § | |

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the United States Magistrate Judge Keith F. Giblin for consideration of the defendants' motions to suppress. Judge Giblin issued findings of fact and a report and recommendation on the motions. The magistrate judge recommended that the Court deny the motions to suppress.

The parties have not objected to the magistrate judge's findings. The Court accepts the findings and conclusions set forth in the report and recommendation. The Court **ORDERS** that Judge Giblin's report (#61) is adopted. The Court further **ORDERS** that the motions to suppress (#41, #42) are **DENIED**.

SIGNED at Beaumont, Texas, this 30th day of June, 2010.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE