**UNITED STATES DISTRICT COURT**     **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:10-CR-29(2) |
| | § | |
| MIGUEL BENITEZ-RODRIGUEZ | § | |

### MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the United States Magistrate Judge Keith F. Giblin for consideration of the defendant's motion to sever. Judge Giblin issued findings of fact and a report and recommendation on the motion. The magistrate judge recommended that the Court deny the motion to sever.

The parties have not objected to the magistrate judge's findings. The Court accepts the findings and conclusions set forth in the report and recommendation. The Court **ORDERS** that Judge Giblin's report (#68) is adopted. The Court further **ORDERS** that the motion to sever (#40) is **DENIED**.

SIGNED at Beaumont, Texas, this 26th day of July, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE